857 A.2d 178

IN THE MATTER OF STEPHEN J. VASAK,
AN ATTORNEY AT LAW.

September 22, 2004.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–149, concluding that **STEPHEN J. VASAK**, formerly of **FORT LEE**, who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.1(a)(gross neglect) and *RPC* 1.15(d)(recordkeeping violations), and good cause appearing;

It is ORDERED that **STEPHEN J. VASAK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.